DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHY M. MCCULLOUGH** and **GREGORY L. MCCULLOUGH,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** etc.,
Appellee.

No. 4D22-1263

[June 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE21-016347.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellants.

Sean K. Mills of O'Kelley and Sorohan, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***